# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147483(71)

GERARDO LORENZO TIENDA and SILVIA
LOPEZ GOMEZ,
    Plaintiffs-Appellees,

v

              SC: 147483
              COA: 306050
INTEGON NATIONAL INSURANCE   Allegan CC: 10-046088-NF
COMPANY, a/k/a GMAC INSURANCE
COMPANY,
    Defendant-Appellee,
and

TITAN INSURANCE COMPANY,
    Intervening Defendant-Appellant.
_____/

   On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time to file their supplemental brief is GRANTED IN PART. Plaintiffs-appellees shall have until April 2, 2014—a fourteen-day extension not twenty-one days as requested—to file their supplemental brief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2014



Clerk